

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Robert Anthony Lizarraga <br> Defendant. | Case No.: ED15MJ444-DUTY <br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [✓] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND INFORMATION
• UNKNOWN BAIL RESOURCES
• PRIOR PAROLE VIOL. (FAILURE TO COMPLY COURT ORDER)
• SUBMISSION

1

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/1/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2